# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 121-048 |
| | * | |
| SAMMIE LEE SIAS | * | |

## ORDER

On August 4, 2021, Defendant Sammie Lee Sias appeared before the United States Magistrate Judge, who granted him a $50,000 bond secured by $5000 cash. Sias posted a cash bond in the amount of $5000 that same day. (Docs. 10, 11 & 12.) Ultimately, Sias was found guilty by a jury of destruction, alteration, or falsification of records in a federal investigation (Count 1) and false statement or representation made to a department or agency of the United States (Count 2). On June 20, 2023, Sias was sentenced to serve 36 months imprisonment followed by three years of supervised release. The Court also imposed a $5,000 fine and a $200 special assessment. (See Judgment and Commitment Order, Doc. 118.)

At present, Sias moves for the return of the cash bond. It appears that Sias complied with the terms and conditions of his release. Accordingly, the $50,000 bond is hereby exonerated. However, the Court hereby **ORDERS** that the Clerk of Court apply $5000, plus any accrued interest, currently on deposit in the Court's registry toward payment of Sias's criminal monetary

obligations in this case. Any remaining money may be returned to Sammie Lee Sias. Accordingly, Defendant Sias's motion for return of bond (doc. 139) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of May, 2024.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA