U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

SEP 17 2026

FILED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:21-cr-00048 |
| | ) | |
| SAMMIE LEE SIAS | ) | |

SEPTEMBER 17, 2026

Your Honor,

I am requesting early release from supervised probation. Reference to this request, I successfully completed all other requirements set forth by the court.

I paid my $200 assessment fee and my $5,000 fine.

Additionally, I have successfully completed over half of the 36 months of supervised probation ordered by the court

On 23 August 2023 I reported to Williamsburg Federal Camp to begin my 36-month sentence imposed by the court.

On 14 August 2024, under the First Step Act and with excellent behavior, Williamsburg approved my release to the Residential Re-Entry Center (RRC), DISMAS Charities of Augusta, Georgia.

I met all requirements of DISMASS. with excellent behavior and compliance with all standards, including training classes, volunteering in the community, and successful completion of off-site passes. Also, I provided valuable assistance with electrical equipment during the Helene hurricane electrical power outage.

On 11 February 2025, the Federal Bureau of Prisons released me from DISMAS (halfway house) to the U.S. Probation office for supervised probation of 36-months as ordered by the court.

On 12 February 2025, I reported to the U.S. Probation of the Southern District of Georgia. After the assignment of a probation officer, to whom I report monthly, I successfully completed all drug screening, curfew obligations, and requests to travel.

My reintegration into the public has been seamless with great support from family, friends, community members, and my neighborhood association. The community never waived from their support and welcomed me back as a leader in our community.

I am presently retired after 28 plus years in the United States Army. I retired as a highly decorated Sergeant Major on February 1st 2003.

I began local community service in December 1990 and continue to this day. I organized the Sandridge Community Association, Inc, in 1991 and incorporated it in June 1992. The association is still healthy and functioning 35 years later.

Upon my return on February 12, 2025, the community asked me to again serve as the president of the organization which I accepted that responsibility on 21 April 2025.

My community service included serving as County Commissioner for six years where I spearheaded several milestone projects for the citizens and visitors of Augusta Richmond County. Briefly, these included,

(1. Negotiating the Cyber Center Parking Deck final closing details,

(2. The Sanitary Sewage Connection Program,

(3. The Storm Water Program,

(4. SPLOST 7 final details to pass the Commission,

(5. Increasing the GMEBS retirement rate from 1.75% to 2.0% for city employees and had it back dated to initial program adoption,

(6. Served as Augusta's TSPLOST-2 city representative,

(7. Successfully lobbied GDOT to redirect the traffic pattern exiting I-520 at Mark Church Road,

(8. Successfully lobbied Augusta Traffic Engineering and GDOT to install protective left turn signals at I-520 and Old Trail Rd (Home Depot & Sam's),

(9. Successfully lobbied GDOT and Augusta Traffic Engineers to restore a continuous turning lane at Deans Bridge Road and Gordon Highway. GDOT eliminated the continuous turn lane during an intersection improvement project,

(10. Established sidewalks on Tobacco Road between Deans Bridge and Windsor Spring Roads

I served over 21 years as the volunteer manager of the Jamestown Community Center and the Jamestown Summer Camp Program. Former student campers and their parents still approach me to express their gratitude for the benefits they received from the program.

Additionally, former soldiers, many of them retired now, approach to express their thanks for the guidance they received during my time as a trainer of new soldiers at Ft Gordon.

My work ethic began as an 11-year-old child mowing grass, delivering newspapers, picking pecans, picking peaches, picking cotton, slopping hoggs, bailing hay in the field, stacking hay in the barn loft, and dragging a full-grown leather bottom sack picking cotton as an adult.

By age 13, I was unloading 70-ton sand filled railroad wagon cars with a hand shovel at a local manufacturing plant, from which I suffered a permanent back injury.

As a 16-year-old high school junior, I worked the 6:00 PM - 6:00 AM, 12 hour night shift at the local cotton gin and never missed a school day.

As a 17-year-old high school senior, I worked an 8-hour shift at the local hospital, 40 hours a week, and again never missed a day of school.

At 18 while attending Albany Technical College, in Albany, Georgia, I worked a 4-day, 10 hour night shift at the Lilliston farm equipment manufacturing plant. (This job was so hazardous that the plant had its own ambulance and nurse on full-time duty every shift).

Supporting family and community is a habit that I will always honor.

Thank you for your consideration of my request.

Respectfully submitted.

Sammie L. Sias

3839 Crest Dr

Hephzibah, GA 30815

(706) 840-5240

sgmsias98@comcast.net