**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR 121-00048** |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

**GOVERNMENT'S RESPONSE TO SIAS' MOTION FOR TERMINATION OF SUPERVISED RELEASE**

NOW comes the United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, in response to Sias' motion for termination of supervised release (Doc. 150) and shows as follows:

1. On July 6, 2021, Sias was charged in a two-count indictment with violations of 18 U.S.C. § 1519, Destruction, Alteration, or Falsification of Records in a Federal Investigation, and 18 U.S.C. 1001(a)(2), False Statement of Representation Made to a Department or Agency of the United States. (Doc. 1) Sias faced a maximum term of imprisonment of twenty years as to Count One and a maximum term of imprisonment of five years as to Count Two. (Doc. 2) A jury later found Sias guilty on both counts of the Indictment. (Doc. 78)

2. On June 20, 2023, Sias was sentenced by the Court to 36 months in custody, 3 years of supervised release, and $100 special assessment on Counts One and Two. (Doc. 118) The Court ran the sentences concurrent and imposed a fine of $5000 as to Count 1. (Id.)

3. Through consultation with the United States Probation Office, the

undersigned offers the following information relating to the defendant's request for early termination:

a. Sias' level of supervision is categorized as "low risk."

b. Sias is unemployed but receives social security and retirement payments.

c. Sias has paid all fines and court fees and in full.

d. All urinalysis tests submitted by Sias have returned negative results for illicit drugs.

e. Sias has been present for all curfew checks.

4. As of the filing of the government's response, Sias has completed half of his term of supervision. Sias' supervision began on February 11, 2025.

5. The government does not oppose early termination of Sias' supervised release.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

***/s/ Tara M. Lyons***
Tara M. Lyons
Assistant United States Attorney
South Carolina Bar No.: 16573
P.O. Box 2017
Augusta, Georgia 30903
(706) 826-4532
tara.lyons@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court. Additionally, a copy has been placed in the U.S. Mail with sufficient postage to:

Sammie Lee Sias
3839 Crest Dr.
Hephzibah, GA 30815

This 28th day of September 2026.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

***/s/ Tara M. Lyons***
Tara M. Lyons
Assistant United States Attorney
South Carolina Bar No.: 16573
P.O. Box 2017
Augusta, Georgia 30903
(706) 826-4532
tara.lyons@usdoj.gov