**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 121-048 |
| | * | |
| SAMMIE LEE SIAS | * | |

# O R D E R

Before the Court is Defendant Sammie Lee Sias's motion for early termination of supervised release. Defendant has been supervised by the United States Probation Office in this district since his release, and he has served over half of his three-year term. Defendant has been in full compliance with all areas of supervision. Neither his supervising probation officer nor the United States Attorney's Office opposes early termination. Accordingly, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), the motion for early termination of supervised release (doc. 150) is **GRANTED**. Defendant Sammie Lee Sias is hereby discharged from supervised release upon entry of this Order.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of October, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA